**Order entered October 27, 2015**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01388-CV

**PREMIER POOLS MANAGEMENT CORP., ET AL., Appellants**

**V.**

**PREMIER POOLS, INC., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07182**

## ORDER

We **GRANT** appellee's October 19, 2015 fourth motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellee on October 26, 2015 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
            JUSTICE